DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH WHITNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1161

_____

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Larry Keith Meyer, Judge.

Joseph Whitney, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.